```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
IN RE APPLICATION OF DUHAMEL BROADCASTING :
ENTERPRISES, ET AL.                      :
---------------------------------------- :
Related to                               :   11 Civ. 9311
                                         :   (DLC)(MHD)
UNITED STATES OF AMERICA,                :
                                         :
                Plaintiff                :   ORDER OF
        v.                               :   REFERENCE TO A
                                         :   MAGISTRATE JUDGE
AMERICAN SOCIETY OF COMPOSERS, AUTHORS,  :
AND PUBLISHERS,                          :
                Defendant.               :   41 Civ. 1395
---------------------------------------- X       (DLC)
```

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute

_____

_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

_____

___ Habeas Corpus

| | | | |
|---|---|---|---|
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED:

Dated:   New York, New York
         January 30, 2012

_____
DENISE COTE
United States District Judge